1016

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK
NEAL MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3147, Harry A. Follman, J., entered March 29,
1976. *Affirmed* by unpublished per curiam opinion.

THE CITY OF SEATTLE, *Respondent,* v. PETER E.
SANDBACK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 73939, Eugene G. Cushing, J. Pro Tem.,
entered March 2, 1976. *Affirmed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent,* v. ROLAND
ROGNER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 73309, David C. Hunter, J., entered April 26,
1976. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. RAY
WALLACE HUGHES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark
County, No. 8402, John N. Skimas, J., entered November
12, 1974. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Williams and Callow, JJ.